# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sarah L. Thaden, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the FBI and have been so employed since March 2016. During that time, I have become familiar with methods and techniques associated with investigations in violent crime, domestic terrorism, and matters of national security. I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts, discussion with other law enforcement officials, other investigative activities conducted, and investigative materials obtained during the investigation.

2. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Patrick Harlan Dyrud for violations of Title 18, U.S.C. § 875(c) (Interstate Threatening Communications) and Title 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat).

3. This affidavit does not include all facts known to me but rather contains facts sufficient to support the issuance of an arrest warrant and search warrant.

## STATEMENT OF FACTS

4. The United States, including the Federal Bureau of Investigation ("FBI"), is conducting a criminal investigation into Patrick Dyrud, regarding violations of Title 18 U.S.C. § 875(c) – Interstate Threatening Communications and Title 18 U.S.C. § 115(a)(1)(B) - Influencing Federal Official by Threat.

5. On November 18, 2026, the Federal Bureau of Investigation ("FBI")

received an online tip to the National Threat Operations Center ("NTOC") from a non-profit think tank, the identity of which is known by the FBI, regarding threatening posts made online. The non-profit think tank reported that X user @paddy_mctrump had made various threats toward several elected officials. Specifically, @paddy_mctrump made threatening posts toward United States Congresswoman Ilhan Omar, United States Senator-elect Abdul El-Sayed, and New York City Mayor Zohran Mamdani.

6. In the body of the complaint, non-profit think tank wrote "In a now deleted post from Nov. 14, X user @paddy_mctrump stated 'It's time [sic] me to fuckin kill these terrorist motherfuckers right now @ilhan and el sayed and every other fucking muslim terrorist who think they infiltrated we know and already have you terrorist assholes in sight. You're fucked Muslim fuckers. Try it and die!!'"

7. Upon receiving this complaint, FBI NTOC conducted open-source queries related to X user @paddy_mctrump. A query of the username returned a private profile. Despite the profile being set to private, there were several pieces of information still publicly visible. According to publicly visible information, the profile @paddy_mctrump joined X in July 2022 and was located in Hillsboro, North Dakota. The @paddy_mctrump profile had made approximately 354 posts, had 95 followers, and was following 293 other users. There also were three posts from @paddy_mctrump which are still presently visible.

8. In a publicly available post from October 23, [2026] @paddy_mctrump posted "@IlhanMN why you running like chickenshit brother fucking bitch?! Oh wait...because you're fucked, getting deported, and gone forever!!! Take the rest of

Muslim goat fucking inbred pedophiles that completely fucked Minneapolis up with you! Get the fuck out my country, cunt 🖕 ☠ 💩".

9. In a publicly available post from November 17, [2026] @paddy_mctrump posted "Ikhwan whenever you are on American soil, we patriots/salty combat veterans will find you and eliminate your Muslim terrorist goatfucking pedophile jihadi asses, you had best leave and get the fuck out of America permanently or aforementioned events will fucking happen ☠ 🖕". A screenshot of the @paddy_mctrump profile from a public view is below:



10. In a publicly available post from November 17, 2026, @paddy_mctrump made the following post:

> **Paddy McTrump**
> @paddy_mctrump ···
>
> Already had two NYPD cops shot just hours later...@NYCMayor @ZohranKMamdani is fucked and he knows he's a fucking dead man and we will kill that fucking retard no matter what. I'm going to message thd NYPD COMMISIONER to get this fucker out of protection so we can kill this fuck!
>
> 4:38 AM · Nov 17, 2026 · 9 Views

11. On November 18, 2026, FBI personnel in Fargo, ND submitted an emergency disclosure request to X for subscriber information of the X account @paddy_mctrump. Records provided by X included the email address associated with the account as [redacted email-1]@protonmail.com and the phone number associated with the account as 701-[redacted phone number-1].

12. Also included in the records from X were numerous Internet Protocol (IP) addresses associated with the X account @paddy_mctrump. The most recent IP addresses, with timestamps dated November 18, 2026, were found by the FBI personnel in Fargo, ND to resolve, via online internet service provider data lookup tools, to Midcontinent Communications with the registrant also listed as [Redacted employer-1] Fargo DC1 Guest Internet.

13. On November 18, 2026, FBI personnel in Fargo, ND contacted a member of Security for [Redacted employer-1] who confirmed Patrick Dyrud was a current employee of [Redacted employer-1] in Fargo, ND, and he was at work during daytime

hours on November 18, 2026. Dyrud has been an employee of [Redacted employer-1] since June of 2026.

14. On November 18, 2026, FBI personnel in Fargo, ND used law enforcement databases available to them to determine the Service Provider for phone number 701-[redacted phone number-1] was Cingular Wireless. FBI personnel in Fargo, ND then submitted an emergency disclosure request to Cingular Wireless for subscriber information for phone number 701-[redacted phone number-1] and learned the subscriber was [Redacted witness-1] of [Redacted address-1], Grand Forks, ND and the user of the of phone number was Patrick Dyrud. The phone number account was described as a family plan.

15. According to court records for the State of North Dakota, County of Grand Forks, in a Petition for Disorderly Conduct Restraining Order (Case No. 18-2024-CV-01680), identified the Respondent, Patrick Dyrud, as having an address of [Redacted address-2], Hillsboro, ND 58045. The court record also includes a copy of an email attributed to Patrick Dyrud from email address [redacted email-1]@protonmail.com and copy of text communications attributing phone number 701-[redacted phone number-1] to Patrick Dyrud.

### A. Additional Facts Supporting Probable Cause for Arrest

16. Information obtained from the current employer of Patrick Dyrud, [Redacted employer-1] of Fargo, North Dakota, included an address for Patrick Dyrud as [Redacted address-2], Hillsboro, ND 58045 and a phone number of 701-[redacted phone

number-1].

17. On November 18, 2026, at the request of FBI personnel in Fargo, ND, the Traill County Sheriff's Office conducted a spot check surveillance of the home located at [Redacted address-2], Hillsboro, ND 58045 at approximately 8:15pm, and a deputy observed two vehicles, a Gray 2018 Subaru Crosstrek bearing North Dakota license plate [Redacted license plate-1] and a Gray 2018 Subaru Crosstrek bearing North Dakota license plate [Redacted license plate-2], on the property along with numerous lights on in the home.

18. According to North Dakota Department of Motor Vehicle Records, the Gray 2018 Subaru Crosstrek bearing North Dakota license plate [Redacted license plate-1] and Vehicle Identification Number (VIN) [Redacted VIN-1] is registered to the Subject, Patrick Harlan Dyrud. The registered address for the vehicle is [Redacted address-2], Hillsboro, ND 58045.

19. According to North Dakota Department of Motor Vehicle Records, the Gray 2019 Chevrolet Equinox bearing North Dakota license plate [Redacted license plate-2], and the Vehicle Identification Number (VIN) [Redacted VIN-2] is registered to the Subject, Patrick Harlan Dyrud and [Redacted witness-2].[1] The registered address for the vehicle is [Redacted address-2], Hillsboro, ND 58045.

---

[1] In a Grand Forks Harold news article dated August 18, 2007, [Redacted witness-2] was identified as Patrick Dyrud's fiancé with a planned wedding scheduled for August 25, 2007. The news article identified [Redacted witness-1] as the parent of [Redacted witness-2]. *See* https://www.grandforksherald.com/newsmd/engagement-dyrud-litchy

20. The profile picture of the X account with username @paddy_mctrump includes what appears to be the barrel of a pistol as well as a red, white, and blue flag with a picture of what appears to be a rifle along with the words, "COME AND TAKE IT".

21. According to North Dakota NCIC records, Patrick Dyrud was a concealed carry weapon permit holder, with the permit expiring July 31, 2022.

22. According to the aforementioned Petition for Disorderly Conduct Restraining Order (Case No. 18-2024-CV-01680), where Patrick Dyrud was the Respondent, in an email submitted to the court by Patrick Dyrud from email address [redacted email-1]@protonmail.com and signed "Patrick Dyrud", Dyrud denied threatening anyone by saying he was going to shoot them because, "I'm not risking my ownership of firearms or my ability to have my carry/conceal [...]".

23. According to additional queries of law enforcement databases, in January 2022, FBI NTOC received a complaint from a citizen who was concerned by comments of a MeWe user by the name Patrick Dyrud. The complaint was forwarded to the FBI Pittsburgh Division due to the location of the complainant. The reporting individual said that Dyrud wrote on MeWe "Exactly why we all need to go against the fuckin traitors that did the real insurrection on November 3rd and stat. January 6th was all a set up by Drunky Pelosi, the DC police, and the fake administration. We all know it wasn't us, but Antifa, BLM, and all the other traitors. Time to mount up and lock and load. I know it sounds like a broken record, but there was massive voter fraud and evidence is all there still, and now it's time to take out these traitors by force. Show them all the 81 million

plus patriots that voted for the real POTUS Trump what a real force we really are. Pedo Joe started a war against us and we will finish it very quickly." After conducting some open-source queries, the FBI Pittsburgh Division referred the matter to the Indiana Borough Police Department.

24. According to additional queries of law enforcement databases, in July 2023, the FBI Minneapolis Division, Fargo Resident Agency received a complaint from the Veterans Affairs ("VA") Police in Fargo, North Dakota, regarding Dyrud, who was working at the VA in Fargo. The VA Police reported that Dyrud had made concerning posts on the social media platform GETTR using account with username @paddytrump74. Specifically, the VA Police reported they observed posts associated with Dyrud which stated "The fake admin needs to be eliminated by any means necessary" and "We need to mount up and take out the tyrants in DC right now." Also observed on posts associated with the account were pictures of multiple, possibly personally-owned, firearms and ammunition.

25. The VA Police further explained that on or about July 18, 2023, Dyrud's employment with the VA in Fargo was terminated due in part to documented issues he had working with women, people of color, and Muslims.

26. The Secret Service interviewed Dyrud in July 2023 about the posts made on GETTR. During that interview Dyrud said his GETTR account had been hacked and maintained he did not make the posts advocating violence. Dyrud said he had strong political beliefs but denied having a plan or desire to harm anyone.

27. On November 18, 2026, FBI personnel made contact with the Traill County

Sheriff's Office ("TCSO") in order to obtain any information about contacts they have had with Dyrud. TCSO noted that in January 2026, the New York Police Department ("NYPD") contacted TCSO regarding threats Dyrud had made toward Mayor Zohran Mamdani on X using an account with username @paddy_mctrump47. During an interview with TCSO, Dyrud said he did not have plans to harm New York City Mayor Zohran Mamdani. Dyrud denied having any diagnosed mental health conditions. Dyrud told TCSO he had firearms in his home, including one rifle and one pistol, and was in the process of renewing his concealed carry permit. Additionally, Dyrud told TCSO that his current cell phone was 701-[redacted phone number-1].

28. Based on my training and experience, and through consultation with the FBI Behavioral Analysis Unit, I am aware that individuals who engage in targeted violence often follow a general path to violence which begins with grievance, ideation, and planning. Further, I have received training in warning signs of planned violence which can include direct or indirect communications of threats and sudden onset of reckless behaviors that may suggest a lack of concern for future consequences.

## CONCLUSION

29. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Patrick Harlan Dyrud is in violation of Title 18, U.S.C. § 875(c) (Interstate Threatening Communications) and Title 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat).

30. Based on the aforementioned factual basis, your Affiant further submits that this affidavit supports probable cause for an arrest warrant for Patrick Harlan Dyrud.

*[Rest of page intentionally left black]*

Sarah L. Thaden
Special Agent
Federal Bureau of Investigation

Sworn to before me and Signed in my presence on November 19, 2026.

Alice R. Senechal
United States Magistrate Judge